OPINION.

STERNHAGEN: The decision of the question involved in this proceeding is governed by *Appeal of Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the Commissioner.*

---

## APPEAL OF THORNTON DIXON.

Docket No. 6319.   Decided October 20, 1926.

*Arnold R. Baar, Esq.*, for the petitioner.
*B. G. Simpich, Esq.*, for the Commissioner.

Deficiency of $183.77 income tax for the calendar year 1924.

FINDINGS OF FACT.

The petitioner is an individual residing at Monroe, Mich. He was a member of a partnership which kept its books and made its partnership return on the basis of a fiscal year beginning May 1, 1923, and ending April 30, 1924.

The petitioner filed an individual income-tax return for the calendar year 1924, including therein the amount of $5,378.32, which was his distributive share of the partnership income for its fiscal year. Three thousand five hundred and seven dollars and sixty cents of this amount was his portion of the partnership income attributable to the year 1923.

In computing the tax the Commissioner applied the rates imposed by the Revenue Act of 1921 to $3,507.60 without making an allowance of 25 per cent under section 1200 of the Revenue Act of 1924.

OPINION.

STERNHAGEN: The decision of the question involved in this proceeding is governed by *Appeal of Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the Commissioner.*

---

## APPEAL OF ZALMON G. SIMMONS.

Docket No. 10412.   Decided October 20, 1926.

*Daniel Burke, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the Commissioner.

Deficiency of $56,129.95 income tax for the calendar year 1924.

### FINDINGS OF FACT.

The petitioner resides in Greenwich, Conn.  He was a member of the partnership known as Z. G. Simmons from April 1, 1923, the date of its formation.

The petitioner filed an individual income-tax return for the calendar year 1924, including therein the amount of $387,930.29, which was the portion of his distributive share of the partnership income attributable to the year 1923.  The fiscal period of the partnership was from April 1, 1923, to March 31, 1924.

In computing the tax the Commissioner applied the rates imposed by the Revenue Act of 1921 to $387,930.29 without making an allowance of 25 per cent under section 1200 of the Revenue Act of 1924.

### OPINION.

STERNHAGEN : The decision of the question involved in this proceeding is governed by *Appeal of Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the Commissioner.*

---

## APPEAL OF CHARLES L. WOODY.

Docket No. 9585.  Decided October 20, 1926.

*Raymond M. White, Esq.*, for the petitioner.
*D. D. Shepard, Esq.*, for the Commissioner.

Deficiency of $630.38 income tax for the calendar year 1924.

### FINDINGS OF FACT.

The petitioner is an individual residing in Brooklyn, N. Y.  He was a member of the partnership of Merrill, Rogers, Gifford & Woody from May 1, 1923, the date of its formation.

The petitioner filed an individual income-tax return for the calendar year 1924, including therein the amount of $24,000, which was his distributive share of the partnership income for its fiscal year of May 1, 1923, to April 30, 1924.  Sixteen thousand dollars of this amount was his portion of the partnership income attributable to the year 1923.

In computing the tax the Commissioner applied the rates imposed by the Revenue Act of 1921 to $16,000 without making an allowance of 25 per cent under section 1200 of the Revenue Act of 1924.